GUARDIANSHIP OF MANDSAGER: HAGEN, Appellant, vs. MANDSAGER, Respondent.

For the appellant: *D. M. Langve* of Westby, and *Hale & Skemp* of La Crosse.

For the respondent: *Schubert & Stevenson* of La Crosse.

*By the Court.*—Judgment affirmed.

HARDY, Guardian, Appellant, vs. THE MILWAUKEE ELECTRIC RAILWAY & LIGHT COMPANY and another, Respondents.

For the appellant: *Jacobson & Malone* of Waukesha.

For the respondents: *Shaw, Muskat & Paulsen* of Milwaukee, and *Lockney, Lowry & Hunter* of Waukesha.

*By the Court.*—Judgment affirmed.

OSHKOSH BUILDING, LOAN & SAVINGS ASSOCIATION, Respondent, vs. SAGE, Appellant.

For the appellant: *O'Leary & Joyce* of Neenah.

For the respondent: *Barber, Keefe, Patri & Stillman,* attorneys, and *Dan M. Hildebrand* of counsel, all of Oshkosh.

*By the Court.*—Judgment affirmed.